# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KASSONDRA JONES, on behalf of herself and those similarly situated,

      Plaintiff,

vs.

ANTICA POSTA RISTORANTE, INC., AND MARCO BETTI, INDIVIDUALLY,

      Defendants.
_____/

CASE NO.:   1:17-CV-01304-ELR

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the Parties that pursuant to Federal Rule of Civil Procedure 41, that this matter is dismissed without prejudice as to Opt-in Plaintiffs, RANDOLPH COBB and KAREN SCOTT-YETUNDE.  It is further agreed that each party shall bear their own costs and attorney's fees.

Dated this 31st day of October, 2017.

| | |
|---|---|
| **/s/ C. RYAN MORGAN** | **/s/ DEBRA E. SCHWARTZ** |
| C. Ryan Morgan, Esq. | Debra E. Schwartz, Esq. |
| Georgia Bar No. 711884 | Georgia Bar No. 631035 |

| | |
|---|---|
| Morgan & Morgan, P.A.<br>20 N. Orange Ave., 14th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile:(407) 245-3401<br>Email: RMorgan@forthepeople.com<br>***Attorneys for Plaintiff*** | James E. Rollins, Jr., Esq.<br>SCHWARTZ ROLLINS, LLC<br>945 East Paces Ferry Road, Suite 2270<br>Atlanta, GA 30326<br>Telephone: (404) 844-4132<br>E-mail:  des@gaemploymentlawyers.com,<br>***Attorneys for Defendants*** |